476 A.2d 57

Commonwealth v. Christmas, Appellant.

Submitted March 6, 1984. Ronald J. Sharper, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Judgment of sentence affirmed.